UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JACQUELINE BACH,

    Plaintiff,

v.                                    Case No. 5:22-cv-262-MCR-MJF

RICHARD GLEASON,

    Defendant.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 9, 2022. ECF No. 7. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is **REMANDED** to the County Court of the Fourteenth Judicial Circuit in and for Bay County, Florida.

3. The clerk of the court shall take all steps necessary to effect the remand and close this case.

**DONE AND ORDERED** this 9th day of February 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**